UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-60089-CR-ALTMAN

UNITED STATES OF AMERICA

vs.

MATTHEW SMITH,

     Defendant.

_____/



## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the information against the above-named defendant because he has declined to waive indictment and proceed by information.

On April 3, 2020, Chief Judge K. Michael Moore issued a Third Order Concerning Jury Trials and Other Proceedings. *See* https://web.flsd.uscourts.gov/uploads/adminOrders/2020/2020-24.pdf. That order continued all grand jury sessions until July 6, 2020. *Id.*, ¶10. Given the suspension of grand juries and the inability of the United States to present criminal matters for indictment until at least July 6, as well as concerns about the running of the statute of limitations on certain substantive counts in this particular case, the government filed the instant information to "institute" it within the meaning of 18 U.S.C. § 3282(a). *See United States v. Burdix-Dana*, 149 F.3d 741, 743 (7th Cir. 1998). Smith has represented to the government, through counsel, that he will not consent to proceed by information. Therefore, the government seeks to dismiss the information as to him at this

time and will later, once the grand juries return to regular session, seek an indictment. *See* 18 U.S.C. §§ 3288-89. The government conferred with counsel for Smith who agrees to the requested relief.

Respectfully submitted,

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

cc:  U.S. Attorney (Jon Juenger, AUSA)
U.S. Marshal
Chief Probation Officer
Pretrial Services

Leave of Court is **GRANTED** for the filing of the foregoing Dismissal.

DATE: 5/18/2020

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE